**[8ogmr]** [ORDER GRANTING MOTION FOR RECONSIDERATION OF ORDER DISMISSING CASE AND REINSTATING CASE]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                                      Case No. 8:14−bk−01470−MGW
                                                                                            Chapter 13

Shirley Mccain Wilkinson
aka Shirley Mae Mccain Wilkinson
aka Shirley Mae Mccain
925 W. Patterson St.
Tampa, FL 33604




_____Debtor*_____/


ORDER GRANTING MOTION FOR RECONSIDERATION
OF ORDER DISMISSING CASE, REINSTATING CASE AND RESCHEDULING 341 MEETING

   THIS CASE came on for consideration of the Motion for Reconsideration of the Order Dismissing Case and Reinstating Case ("Motion") filed by the Debtor seeking reconsideration of the order dismissing this case (Doc. No. 12 ) ("Order Dismissing Case"). This Court has considered the Motion and finds that it is well taken and should be granted .

   Accordingly, it is

   **ORDERED:**

   1. The Motion is hereby granted.

   2. The Order Dismissing Case is vacated and the case is reinstated.

3. The § 341 Meeting of Creditors is rescheduled, and will be conducted in Room 100–A, 501 East Polk St., (Timberlake Annex), Tampa, FL 33602 on April 14, 2014 at 11:00 AM .

Dated: March 6, 2014

BY THE COURT

*[signature]*

_____
Michael G. Williamson
United States Bankruptcy Judge

\*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

The movant's attorney is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.