```
                           United States Bankruptcy Court
                             Middle District of Florida
In re:                                                                  Case No. 14-01470-MGW
Shirley Mccain Wilkinson                                                Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 113A-8          User: mallows              Page 1 of 3              Date Rcvd: Mar 06, 2014
                              Form ID: 8initcnf          Total Noticed: 96


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2014.
db           +Shirley Mccain Wilkinson,    925 W. Patterson St.,    Tampa, FL 33604-4719
24295230     +Americare Ambulance Service,    11301 U.S. 92,    Seffner, FL 33584-3350
24295231     +Arizona Mail Order,    Wfnnb,   Po Box 182124,    Columbus, OH 43218-2124
24295232    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,     Attention: Recovery Department,
               4161 Peidmont Pkwy.,    Greensboro, NC 27410)
24295234     #Bank of America,    POB 15026,    Wilmington, DE 19850-5026
24295235      Bay Heart Group,    2814 W. Virginia Ave,    Tampa, FL 33607-6330
24295236     +Bedford Fair,    Comenity Capital Bank,    Po Box 183003,    Columbus, OH 43218-3003
24295237     +Blair/WFNNB,    Attention: Account Control,    Po Box 182686,    Columbus, OH 43218-2686
24295241    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital 1 Bankr Dept / TSYS Debt Mgmt,     P) Box 5155,
               Norcross, GA 30091)
24295248    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citgo Oil / Citibank,     Citicorp Credit Services/Attn:Centralize,
               Po Box 20507,    Kansas City, MO 64195)
24295253    ++COLLECTION ASSOCIATES LLC,    PO BOX 349,    GREENSBURG IN 47240-0349
             (address filed with court: Collection Associates,     1809 N Broadway St,    Greensburg, IN 47240)
24295238     +Caliber Home Loans Inc,    715 S Metropolitan,    Oklahoma City, OK 73108-2088
24295239     +Cap One NA,    Po Box 26625,    Richmond, VA 23261-6625
24295240     +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
24295242     +Catherines/SOANB,    4590 E Broad St,    Columbus, OH 43213-1301
24295244      Chase,   PO Box 15298,    Wilmington, DE 19850-5298
24295243     +Chase,   Attn: Bankruptcy Dept,    Po Box 15298,    Wilmington, DE 19850-5298
24295245     +Chase- BP,    225 Chastain Meadows Court,    Kennesaw, GA 30144-5897
24295246     +Chevron Texaco/ Citicorp,    Citicorp Credit Svcs/Attn:Centralized Ba,    Po Box 20507,
               Kansas City, MO 64195-0507
24295247     +Choice Recovery,    1550 Old Henderson Rd St,    Columbus, OH 43220-3662
24295249     +Citi / CBSDNA,    PO Box 6241,    Sioux Falls, SD 57117-6241
24295252      CitiCorp,   PO Box 6077,    Sioux Falls, SD 57117-6077
24295250     +Citibank,    P.O. Box 6062,    Sioux Falls, SD 57117-6062
24295254     +Comenity Bank / Catherines,    4590 E Broad St,    Columbus, OH 43213-1301
24295255     +Comenity Bank/Arizona Mail Order,    Attention: Bankruptcy,    Po Box 182686,
               Columbus, OH 43218-2686
24295256     +Comenity Bank/Bealls,    220 W Schrock Rd,    Westerville, OH 43081-2873
24295257     +Comenity Bank/Blair,    Attn: Bankruptcy,    P.O. Box 182686,    Columbus, OH 43218-2686
24295258     +Comenity Bank/Jessica London,    Attention: Bankruptcy,    P.O. Box 182686,
               Columbus, OH 43218-2686
24295259     +Comenity Bank/Lane Bryant,    Attention: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
24295260     +Comenity Bank/Roamans,    Attn: Bankruptcy,    P.O. Box 182686,    Columbus, OH 43218-2686
24295261     +Comenity Bank/The Sports Authority (TSA),    Attention: Bankruptcy,    Po Box 182686,
               Columbus, OH 43218-2686
24295262     +Comenity Bank/Woman Within,    Attention: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
24295228      Department of Revenue,    PO Box 6668,    Tallahassee, FL 32314-6668
24295263     +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
24295264      Elan Financial Service,    Cb Disputes,    Saint Louis, MO 63166
24295265    ++FINANCIAL CREDIT SERVICES,    PO BOX 90,    CLEARWATER FL 33757-0090
             (address filed with court: Financial Credit Services,     P.O. Box 90,    Clearwater, FL 33757-0090)
24295268     +FLORIDA DEPARTMENT OF REV,    BANKRUPTCY UNIT,    P.O. BOX 6668,    TALLAHASSEE, FL 32314-6668
24295266     +Financial Credit Svcs,    628 Bypass Dr,    Clearwater, FL 33764-5024
24295267     +Fletcher Rehab,    518 W Fletcher Ave,    Tampa, FL 33612-3419
24295269     +Florida Hospital Tampa,    3100 E Fletcher Ave,    Tampa, FL 33613-4613
24295270     +Focus Receivables Mgmt,    1130 Northchase Parkway Ste 150,    Marietta, GA 30067-6429
24295280     +Grow Financial FCU / MacDill,    Attn: Bankruptcy,    Po Box 89909,    Tampa, FL 33689-0415
24295281     +Infectious Disease Assoc Of Tampa,    4729 N. Habana Ave.,    Tampa, FL 33614-7113
24295283     +JP Morgan Chase Legal Dept,    Attn: Philip A Orsi, Esq,    1191 E Newport Ctr Dr, Ste 101,
               Deerfield Beach, FL 33442-7736
24295287     +Medical Data Systems,    1374 S. Babcock Street,    Melbourne, FL 32901-3009
24295286     +Medical Data Systems,    PO Box 1940,    Melbourne, FL 32902-1940
24295288     +Medical Data Systems I,    2150 15th Ave,    Vero Beach, FL 32960-3436
24295291     +Nationwide Credit Corp,    Attn Colletions/Bankruptcy,    Po Box 9156,    Alexandria, VA 22304-0156
24295296    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery,     Attn: Bankruptcy,    PO Box 41067,
               Norfolk, VA 23541)
24295294     +Pinnacle Credit Service,    7900 Highway 7 #100,    Saint Louis Park, MN 55426-4045
24295295     +Pinnacle Credit Service, Inc.,    POB 4115,    Concord, CA 94524-4115
24295298     +Sears / CBNA,    Po Box 6283,    Sioux Falls, SD 57117-6283
24295299     +Sears / CBSD,    PO Box 6189,    Sioux Falls, SD 57117-6189
24295300     +Sears / CBUSA / Citicards Corresp,    POB 6921,    The Lakes, NV 88901-6921
24295303      Silhouettes,    Alliance Data,    8035 Corvera,    Lenexa, KS 66215
24295306     +St Joseph's Hospital (Atty),    Attn: Joseph Giambalvo, Esq.,    1012 Drew St,
               Clearwater, FL 33755-4521
24295308     +St. Josephs John Knox,    4100 E Fletcher Ave,    Tampa, FL 33613-4864
24295311     +Tampa Bay Fcu Visa/mc,    3815 N Nebraska Ave,    Tampa, FL 33603-5037
```

```
District/off: 113A-8          User: mallows               Page 2 of 3                   Date Rcvd: Mar 06, 2014
                              Form ID: 8initcnf           Total Noticed: 96

24295313       Terminix,    PO Box 742592,    Cincinnati, OH 45274-2592
24295314      +Terminix,    9390 N. Florida Ave,    Tampa, FL 33612-7908
24295316      +U.S. Attorney's Office,    400 N Tampa St #3200,    Tampa, FL 33602-4774
24295317     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank N.A.,    PO Box 2188,    Oshkosh, WI 54903-2188)
24295318       US Bank National Association,    P.O. Box 6335,    Fargo, ND 58125-6335
24295319      +Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
24295320      +Verizon Communications, Inc,    Attn: Bankruptcy,    7900 Xerxes Ave S Ste 1700,
                Minneapolis, MN 55431-1134
24295322       Verizon Wireless,    3 Verizon Place,    Alpharetta, GA 30004-8510
24295321      +Verizon Wireless,    26935 Northwestern Hwy Ste 100,    Southfield, MI 48033-8449
24295323      +Victoria's Secret,    Attention: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
24295325      +West Florida - AMR,    American Medical Response AMR,    12490 Ulmerton Rd,    Largo, FL 33774-2700
24295326      +World Financial Network National Bank,    Wfnnb,    Po Box 182686,    Columbus, OH 43218-2686
24295327      +Zale/CBSD,    Attn.: Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195-0363
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
24329965       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 06 2014 22:38:46
                American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                Oklahoma City, OK  73126-8941
24295271       E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2014 22:39:11     GE Capital,   P.O. Box 29120,
                Shawnee Mission, KS 66201
24295272      +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2014 22:39:20     GE Capital Corp.,   901 Main Ave.,
                Fairfield, CT 06828-0001
24295273      +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2014 22:38:47     GECRB/ Dillards,   Attn: Bankruptcy,
                Po Box 103104,    Roswell, GA 30076-9104
24295276      +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2014 22:36:57     GECRB/JC Penney,
                Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
24295278      +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2014 22:36:58     GECRB/Walmart,   Attn: Bankruptcy,
                Po Box 103104,    Roswell, GA 30076-9104
24295274      +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2014 22:38:09     Gecrb/Belk,   Po Box 965028,
                Orlando, FL 32896-5028
24295275      +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2014 22:36:58     Gecrb/Chevron,
                Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
24295277      +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2014 22:39:10     Gecrb/QVC,   Po Box 965005,
                Orlando, FL 32896-5005
24295279      +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2014 22:36:58     Gemb/Walmart,   Attn: Bankruptcy,
                Po Box 103104,    Roswell, GA 30076-9104
24295282       E-mail/Text: cio.bncmail@irs.gov Mar 06 2014 22:34:33      Internal Revenue Service,
                PO Box 21126,    Philadelphia, PA 19114
24295227       E-mail/Text: cio.bncmail@irs.gov Mar 06 2014 22:34:33      Internal Revenue Service,
                P.O. Box 7346,    Philadelphia, PA 19101-7346
24295284      +E-mail/Text: inbound_collections@keybank.com Mar 06 2014 22:35:39     Keybank NA,
                4910 Tiedeman Road,    Brooklyn, OH 44144-2338
24295292       E-mail/Text: bankruptcydepartment@ncogroup.com Mar 06 2014 22:35:35      Nco Fin/33,
                Po Box 13584,    Philadelphia, PA 19101
24295289      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 06 2014 22:35:08      Midland Funding,   8875 Aero Dr,
                San Diego, CA 92123-2255
24295290      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 06 2014 22:35:08      Midland Funding, LLC,   POB 603,
                Oaks, PA 19456-0603
24295293      +E-mail/Text: ally@ebn.phinsolutions.com Mar 06 2014 22:33:54      Nuvell Credt,   P O Box 380901,
                Bloomington, MN 55438-0901
24317104       E-mail/Text: bnc-quantum@quantum3group.com Mar 06 2014 22:34:55
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
24295305       E-mail/Text: cbobankruptcy@baycare.org Mar 06 2014 22:34:16      St Joseph's Hospital,
                P.O. Box 4227,    Tampa, FL 33677-4227
24295304      +E-mail/Text: cbobankruptcy@baycare.org Mar 06 2014 22:34:16      St Joseph's Hospital,
                3001 W Dr MLK Jr Blvd,    Tampa, FL 33607-6307
24295307       E-mail/Text: cbobankruptcy@baycare.org Mar 06 2014 22:34:16      St Joseph's Women's hospital,
                PO Box 403777,    Atlanta, GA 30384-3777
24295309      +E-mail/Text: collectionsupport@tampabayfederal.com Mar 06 2014 22:34:44      Tamp Bay Fcu,
                3815 N Nebraska Ave,    Tampa, FL 33603-5037
24313306       E-mail/Text: collectionsupport@tampabayfederal.com Mar 06 2014 22:34:44      Tampa Bay FCU,
                PO Box 7492,    Tampa, FL  33673-7492
24295312       E-mail/Text: collectionsupport@tampabayfederal.com Mar 06 2014 22:34:44
                Tampa Bay Federal Credit Union,    3815 N. Nebraska Ave.,    PO Box 7492,    Tampa, FL 33673-7492
24295324      +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2014 22:37:02     Walmart / GEMB,   POB 36960,
                Canton, OH 44735-6960
                                                                                              TOTAL: 25

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24295301       Sears/cbna
24295310       Tampa Bay Fcu Visa/mc
24295233*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
24295251*    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn:Centralize,
                Po Box 20507,    Kansas City, MO 64195)
```

```
District/off: 113A-8           User: mallows                Page 3 of 3                   Date Rcvd: Mar 06, 2014
                               Form ID: 8initcnf            Total Noticed: 96

            ***** BYPASSED RECIPIENTS (continued) *****
24295302*    ++CITIBANK,    PO BOX 790034,     ST LOUIS MO 63179-0034
               (address filed with court:   Shell/Citi,    Attn: Centralized Bankruptcy,     Po Box 20363,
               Kansas City, MO 64195)
24295315*    ++CITIBANK,    PO BOX 790034,     ST LOUIS MO 63179-0034
               (address filed with court:   Texaco / Citibank,    Citicorp Credit Services/Attn: Centraliz,
               Po Box 20507,    Kansas City, MO 64195)
24295297*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery,    Riverside Commerce Center,    120 Corporate Blvd,
               Norfolk, VA 23502-4962)
24295229     ##+Accredited Home Lender,    Attention: Bankruptcy,    9915 Mira Mesa  Suite 100,
               San Diego, CA 92131-7002
24295285     ##+Market Street Mortgage,    2650 Mccormick Dr Ste 20,    Clearwater, FL 33759-1049
                                                                                       TOTALS: 2, * 5, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2014 at the address(es) listed below:
              Scott A Rosin    on behalf of Debtor Shirley Mccain Wilkinson srosincmecf@tampabay.rr.com,
               SR_ECF_Notices@tampabay.rr.com;scottrosincmecf@gmail.com;ecfscottarosin@gmail.com;Bkcourtsarpa@gm
               ail.com
              Terry E Smith    ecf@ch13tampa.com
              United States Trustee - TPA7/13, 7    USTPRegion21.TP.ECF@USDOJ.GOV
                                                                                             TOTAL: 3

[8initcnf] [NOTICE OF INITIAL CONFIRMATION HEARING]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                                                             Case No. 8:14−bk−01470−MGW
                                                                                                               Chapter 13

Shirley Mccain Wilkinson
aka Shirley Mae Mccain Wilkinson
aka Shirley Mae Mccain
925 W. Patterson St.
Tampa, FL 33604

_____Debtor*_____/

NOTICE OF INITIAL CHAPTER 13 CONFIRMATION HEARING

   PLEASE TAKE NOTICE that the debtor filed a Chapter 13 Plan. The Clerk's Office has mailed a copy of the Chapter 13 plan to each affected creditor.

   Creditors are advised that the payment amounts and frequency of payments as described in the debtor's plan will become effective upon Court approval of the plan unless the affected creditor files an objection to confirmation. Such objection must be filed with the Clerk, United States Bankruptcy Court, 801 N. Florida Ave., Tampa, FL 33602.

   NOTICE IS FURTHER GIVEN that a confirmation hearing will be held on May 12, 2014 at 01:30 PM in Courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, FL 33602 .

   At the initial confirmation hearing, all pending motions and objections, including any motion to dismiss and any objections to confirmation or objections to claims, will be considered on a preliminary, non evidentiary basis. If there are any pending objections or motions that require an evidentiary hearing, or if there is any other cause to defer confirmation (e.g., the existence of known, but unfiled claims by the I.R.S. or secured creditors) the Court will continue the confirmation hearing to a later date, which continuance will be announced in open court.

   **Accordingly, attendance is optional, except for parties in interest to matters to be considered on a preliminary, non evidentiary basis. Only the Chapter 13 Trustee is required to attend. However, if a party does not attend, that party may not receive notice of any continued confirmation hearing.**

   If you decide to attend the initial confirmation hearing, you are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an addition security measure a photo ID is required for entry into the Courthouse.

   DATED on March 6, 2014

                                                FOR THE COURT
                                                Lee Ann Bennett , Clerk of Court

                                                Sam M. Gibbons United States Courthouse
                                                801 North Florida Avenue, Suite 555
                                                Tampa, FL 33602

   *All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.